```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIANNA PAYNE,

                               **Plaintiff,**                      23-CV-01190 (AT)(SN)

        -against-                                       **ORDER**

**SHEETAL DUGGAL,**

                               **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 23, 2023, Plaintiff was ordered to show cause no later than March 31, 2023, why this case should not be dismissed for lack of subject matter jurisdiction. To date, Plaintiff has made no such filing. Plaintiff's deadline to respond is extended until April 19, 2023, and Plaintiff is warned that failure to respond will result in dismissal of this action.

       The Clerk of Court is respectfully directed to both email and mail a copy of this order to Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     April 5, 2023
                New York, New York